**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | SVJ Auto Collision Inc. | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 87-3298895 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 295 East Montauk Highway<br>Lindenhurst, NY 11757<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Suffolk<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | https://svjautocollision.net/ |

| | | |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | SVJ Auto Collision Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____8111____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | SVJ Auto Collision Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply.*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | SVJ Auto Collision Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 19, 2023___
MM / DD / YYYY

**X** /s/  Shalva Pichkhadze
Signature of authorized representative of debtor

Shalva Pichkhadze
Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Leo Jacobs
Signature of attorney for debtor

Date ___December 19, 2023___
MM / DD / YYYY

Leo Jacobs 5148887
Printed name

Jacobs PC
Firm name

595 Madison Avenue FL 39
New York, NY 10022
Number, Street, City, State & ZIP Code

Contact phone   (718) 772-8704       Email address   leo@jacobspc.com

5148887 NY
Bar number and State

## **RESOLUTION**

I, Shalva Pichkhadze, the President (the "President") of SVJ Auto Collision Inc., a New York Corporation (the "Company"), hereby certify at a meeting on November 20, 2023, the following resolutions were adopted in accordance with the requirements of applicable law, and that these resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**RESOLVED,** that in the judgment of the President, it is desirable and in the best interest of the Company, its creditors, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**RESOLVED,** that the President of the Company is hereby the Authorized Person that is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of New York at such time, or in such other jurisdiction, as such Authorized Person executing the same shall determine.

**RESOLVED,** that the Company is authorized to engage Jacobs P.C. as its attorney under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval and Shalva Pichkhadze is authorized to execute all necessary documents in that regard.

**RESOLVED,** that each Authorized Person, and officers of the Company as the Authorized Person shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officer, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view toward the successful prosecution of such case.

**RESOLVED,** that any and all past actions heretofore taken by officers of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

**IN WITNESS WHEREFORE,** I have set my hand this 19th day of December, 2023.

By: _/s/ Shalva Pichkhadze_
Shalva Pichkhadze
President
SVJ Auto Collision Inc.

**JACOBS P.C.**
*Proposed Attorneys for the Debtor*
*SVJ Auto Collision Inc.*
**595 Madison Avenue, 39ᵗʰ Floor**
**New York, New York 10022**
**(212) 229-0476**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:                                                                    Chapter 11-

**SVJ AUTO COLLISION INC.**
                                                                          Case No.: 23-
                                    Debtor.
-----------------------------------------------------------------X

## <u>DECLARATION PURSUANT TO LOCAL RULE 1007-4</u>

Shalva Pichkhadze, declares:

1.      I am the Debtor's President and as such am fully familiar with the statements contained

herein.

2.      I submit this declaration in compliance with Rule 1007-4 of the Local Rules of the United

States Bankruptcy Court for the Eastern District of New York:

**i.) The nature of the debtor's business and a concise statement of the circumstances**

**leading to the debtor's filing under chapter 11:**

        SVJ Auto Collision Inc. ("SVJ" or the "Debtor") is an auto body shop

("Body Shop") that provides routine services, such as oil changes, battery tests,

engine tuning, and tire swaps, as well as repairs, such as brake pad replacements,

battery replacements, and accident damage repairs.

        On or about January 1, 2022, SVJ entered into a commercial lease (the

"Lease") with DCC Realty, LLC and Lorraine Christie (DCC's officer, owner,

and/or manager) to operate the Body Shop at 295 East Montauk Highway,

Lindenhurst, NY 11757.

A special permit for installing a spray booth and a towing permit are essential to operate SVJ's Body Shop business.

With respect to the spray booth permit, the Lease contains a provision for the installation of a spray booth, and Christie represented to SVJ's President, Shalve Pichkhadze, that she would apply for a spray booth permit on SVJ's behalf. Over the course of the weeks following that representation, Christie reaffirmed to Pichkhadze that the permit was being applied for. Pichkhadze opted to withhold rent until the permit was delivered in accordance with the lease. Christie, in turn, opted to withhold the permits until rent was paid. Shortly thereafter, SVJ received a purported notice to cure alleged lease violations, which requested rent and additional rent and sought the surrender of the premises as the cure method.

With respect to the towing permit, SVJ was advised by the Town of Babylon that Christie applied for a towing permit at the location of the Body Shop in January 2022 and again in April 2022, which was months after Christie and SVJ entered into the Lease. SVJ was advised that only one entity may be registered per premises, and therefore SVJ may not apply for a towing permit.

The Body Shop was supposed to be fully operational, with permits for installing a spray booth and for towing vehicles that had been in accidents, but because of the actions of the landlord, the business was not able to operate and ultimately developed cash flow issues. As a result, SVJ commenced an action against DCC and Christie for declaratory relief, breach of contract, unjust enrichment, and fraud because of questionable tactics to disgorge SVJ of the Lease.

In a separate criminal action, a preliminary forfeiture order was entered against Christie concerning the same property that is the subject of SVJ's action. Whether that preliminary order becomes final has not been adjudicated.

In addition, a bank that held a lien on one of the vehicles the Body Shop was repairing, but didn't get paid on, sued SVJ, and put a levy on one of SVJ's bank accounts. Those funds were just sweep from the account and might be considered a preference and the Debtor intends to pursue its return an/or orderly manner to dispose of the vehicle that is the root of the problem.

Meanwhile, the debtor's principal and family has been funding it operations but that can no longer, necessarily continue and Debtor is acting preemptively to avoid default and will seek the jurisdiction of the bankruptcy court to seek affirmative relief.

So, by this case, the Debtor aims to obtain the permits, clarify who is the Body Shop's landlord, restore cash flow, and abate certain creditors' collection efforts.

**ii.) If the case originally was commenced under chapter 7 or chapter 13, the name and address of any trustee appointed in the case and, in a case originally commenced under chapter 7, the names and addresses of the members of any creditors' committee.**

Not Applicable

**iii.) The names and addresses of the members of, and attorneys for, any committee organized prior to the order for relief in the chapter 11 case, and a brief description**

of the circumstances surrounding the formation of the committee and the date of its formation: None

(4)    **The following information with respect to each of the holders of the 20 largest unsecured claims, excluding insiders: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the telephone number, the name(s) of person(s) familiar with the debtor's account, the amount of the claim, and an indication of whether the claim is contingent, unliquidated, disputed, or partially secured:**  See list of creditors filed herewith.

(5)    **The following information with respect to each of the holders of the five largest secured claims: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the amount of the claim, a brief description and an estimate of the value of the collateral securing the claim, and whether the claim or lien is disputed:**  None

(6)    **A summary of the Debtor's assets and liabilities:**

        Assets: $290,000

        Liabilities: $400,000

(7)    **The number and classes of shares of stock, debentures, or other securities of the debtor that are publicly held, and the number of holders thereof, listing separately those held by each of the debtor's officers and directors and the amounts so held:** None

(8)    **A list of all of the debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity, giving the name, address, and telephone number of each such entity and the court in which any proceeding relating thereto is pending:** None

**(9)    A list of the premises owned, leased, or held under other arrangement from which the debtor operates its business:**

295 E Montauk Highway, Lindenhurst NY 11757                Leased

**(10)    The location of the debtor's substantial assets, the location of its books and records, and the nature, location, and value of any assets held by the debtor outside the territorial limits of the United States:**

Assets are located at: 295 E Montauk Highway, Lindenhurst NY 11757
Books and records are located at: Same
No assets are outside of the United States.

**(11)    The nature and present status of each action or proceeding, pending or threatened, against the debtor or its property where a judgment against the debtor or a seizure of its property may be imminent:**

Pending subject to a forfeiture order that may become final (*SVJ Auto Collision, Inc. v. DCC Realty, LLC*, Index No. 607333/2022, Supreme Court State of NY-Suffolk County)

**The names of the individuals who comprise the debtor's existing senior management, their tenure with the debtor, and a brief summary of their relevant responsibilities and experience.**

Shalva Pichkhadze, President and chief of operations
Been with the Debtor since 2020.

**(b) *Additional Information if Business Is to Continue*. If the debtor intends to continue to operate its business, the affidavit shall so state and set forth:**

**(1) The estimated amount of the weekly payroll to employees (exclusive of officers, directors, stockholders, and partners) for the 30 day period following the filing of the chapter 11 petition:**

N/A

**(2) The amount paid and proposed to be paid for services for the 30 day period following the filing of the chapter 11 petition (A) If the debtor is a corporation, to**

**officers, stockholders, and directors:**

$0

**(B)If the debtor is an individual or a partnership, to the individual or the members of the partnership:**

N/A

**(C) If a financial or business consultant has been retained by the debtor, to the consultant:**

N/A

**(3) A schedule, for the 30 day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing:**

electric bill 509.80-570.00
mitchell:  300
ccc program: 300
water: 100.00
verizon: 200.00
gas (heating):800.00
diesel: 800.00
misc: 1000.00
rent: 6400.00
workers: 4000.00-6000.00

Net cash gain or loss:  - $5,000

I declare the foregoing statements of fact to be true and correct, to the best of my knowledge under penalties of perjury, pursuant to 28 U.S.C. § 1746.

Dated:  Queens, New York
            December 19, 2023

/s/ *Shalva Pichkhadze*
Shalva Pichkhadze

Fill in this information to identify the case:

Debtor name: SVJ Auto Collision Inc.

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Customer Service P.O. Box 981535 El Paso, TX 79998 | | | | | | $25,000.00 |
| DCC Realty, LLC 230 Park Place #2N Brooklyn, NY 11238 | | | | | | $0.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | Unliquidated Disputed | | | $0.00 |
| Ira Pichkhadze 6538 Booth Street Rego Park, NY 11734 | | | | | | $130,000.00 |
| Santander Bank c/o Law Offices Of Rudolph   J. Meola 1822 Western Avenue Albany, NY 12203 | rudy@meolalaw.com | | | | | $24,000.00 |
| Shalva Chuck Pichkhadze 152-10 Union Turnpike Apt 4K Flushing, NY 11367 | | | | | | $250,000.00 |
| Weinstein, Galak & Co. 2571 E 17th St. Brooklyn, NY 11235 | | | | | | $0.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    SVJ Auto Collision Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended Schedule _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 19, 2023     X /s/   Shalva Pichkhadze
                                       Signature of individual signing on behalf of debtor

                                       Shalva Pichkhadze
                                       Printed name

                                       President
                                       Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   SVJ Auto Collision Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                          12/15

**Part 1:  Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................  $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................  $ _____289,695.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................  $ _____289,695.00

**Part 2:  Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................................  $ _____0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................  $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$ _____429,000.00

4.  **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b

                                                              $ _____429,000.00

**Fill in this information to identify the case:**

Debtor name    SVJ Auto Collision Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account
                                                                                      number

      3.1.  Capital One Account          Checking          6209          $0.00

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**          $0.00
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit
            DCC Realty c/o
            Lorraine Christie
            132 South Long Beach
      7.1.  Rockville Centre, NY 11570          $75,000.00

      7.2.  PSE&G          $1,500.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

Debtor  <u>SVJ Auto Collision Inc.</u>                          Case number *(If known)* _____
        Name

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.                    | $76,500.00 |

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:  ___90,000.00___  -  ___0.00___  = ....        ___$90,000.00___
                                  face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**

       Current value on lines 11a + 11b = line 12.   Copy the total to line 82.   | $90,000.00 |

**Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer | $0.00 | | Unknown |
| 1 Desk | $0.00 | | Unknown |
| 2 File Cabinets | $0.00 | | Unknown |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    <u>SVJ Auto Collision Inc.</u>                                  Case number *(if known)* _____
             <sub>Name</sub>

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                              $0.00
       Add lines 39 through 42.   Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☒ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.   Go to Part 9.
   ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2008 GMC C5500<br>       Flatbed | $0.00 | | $26,250.00 |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 2 lifts | $0.00 | | $7,000.00 |
| 10 Storage Units | $0.00 | | $10,000.00 |
| 1 Bending Machine | $0.00 | | $12,600.00 |
| 1 frame machine, tools | $0.00 | | $19,600.00 |
| 6 Jacks | $0.00 | | $1,470.00 |
| 4 Battery Chargers | $0.00 | | $2,240.00 |
| 3 Bumper Stands | $0.00 | | $1,155.00 |
| 1 Mig  Welder | $0.00 | | $4,480.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    SVJ Auto Collision Inc._____._____    Case number *(If known)* _____
              Name

| | | |
|---|---|---|
| 1 rivet gun | $0.00 | $9,000.00 |
| Tools for Shop | $0.00 | $17,500.00 |
| other tools & boxes | $0.00 | $8,400.00 |
| Engine Stand | $0.00 | $1,750.00 |
| Transmission Jack | $0.00 | $1,750.00 |

51. **Total of Part 8.**

   Add lines 47 through 50.   Copy the total to line 87.

   $123,195.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☒ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.   Go to Part 10.
   ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available.<br>55.1. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| DCC Realty | | $0.00 | | $0.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☒ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    <u>SVJ Auto Collision Inc.</u>                              Case number *(if known)* _____
          Name

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** Repair Shop License 7129571 | $0.00 | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.                          $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☒ Yes Fill in the information below.

                                                                        Current value of
                                                                        debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    <u>SVJ Auto Collision Inc.</u>            Case number *(if known)* <u>           </u>
         Name

Claim against the Landlord DCC Realty Turcios
Interference, breach of Contract                 Unknown

| | |
|---|---|
| 78. | **Total of Part 11.** |
| | Add lines 71 through 77. Copy the total to line 90. |

$0.00

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

.

.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor      SVJ Auto Collision Inc.                                    Case number *(if known)* _____
            Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $76,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $90,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $123,195.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $289,695.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $289,695.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  7

**Fill in this information to identify the case:**

Debtor name ___SVJ Auto Collision Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    SVJ Auto Collision Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>New York City Department of Tax and Fin<br>66 John St 2nd floor,<br>New York, NY 10038 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>New York City Water Board<br>59-17 Junction Blvd<br>Elmhurst, NY 11373 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | Unknown |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>American Express    Customer Service<br>P.O. Box 981535<br>El Paso, TX 79998 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,000.00 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | SVJ Auto Collision Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown
DCC Realty, LLC
230 Park Place #2N
Brooklyn, NY 11238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $130,000.00
Ira Pichkhadze
6538 Booth Street
Rego Park, NY 11734

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00
Lorraine Christie
132 South Long Beach
Rockville Centre, NY 11570

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00
NY State Department of Tax & Finance
P.O. Box 5300
Albany, NY 12205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,000.00
Santander Bank
c/o Law Offices Of Rudolph   J. Meola
1822 Western Avenue
Albany, NY 12203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250,000.00
Shalva Chuck Pichkhadze
152-10 Union Turnpike
Apt 4K
Flushing, NY 11367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown
Weinstein, Galak & Co.
2571 E 17th St.
Brooklyn, NY 11235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor    SVJ Auto Collision Inc.
_____    Case number (if known) _____
            Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Corporation Counsel<br>150 East 42nd Street<br><br>New York, NY 10017 | Line 2.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Lorraine Christie<br>132 South Long Beach<br>Rockville Centre, NY 11570 | Line 3.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Office of the New York State<br>Attorney General<br>The Capitol<br>Albany, NY 12224 | Line 3.6<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | U.S. Attorney's Office - Eastern Distric<br>271 Cadman Plaza E<br>Brooklyn, NY 11201 | Line 3.3<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 429,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 429,000.00 |

**Fill in this information to identify the case:**

Debtor name    SVJ Auto Collision Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.   State what the contract or
       lease is for and the nature of
       the debtor's interest

          State the term remaining

       List the contract number of any                          DCC Lease
          government contract        _____

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   SVJ Auto Collision Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor
Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.2 | Shalva Chuck Pichkhadze | 152-10 Union Turnpike<br>Flushing, NY 11367 | DCC Realty, LLC | ☐ D ____<br>☒ E/F   3.2<br>☐ G ____ |

# United States Bankruptcy Court
## Eastern District of New York

In re  SVJ Auto Collision Inc.

Debtor(s)

Case No. _____

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   SVJ Auto Collision Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 19, 2023

Date

/s/ Leo Jacobs

Leo Jacobs 5148887

Signature of Attorney or Litigant
Counsel for   SVJ Auto Collision Inc.
Jacobs PC
595 Madison Avenue FL 39
New York, NY 10022
(718) 772-8704  Fax:(212) 937-3368
leo@jacobspc.com

**Fill in this information to identify the case:**

Debtor name ___SVJ Auto Collision Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From 01/01/2023 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $146,105.00 |
   | For prior year: From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $279,345.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1.  American Express | June 28 , July 8 , July 17, July 28, august 24 august 30(what year were these payments) | $23,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    SVJ Auto Collision Inc.                                    Case number *(if known)*

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Santander Bank | | 12/18/2023 | $0.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  SVJ Auto Collision, INC et al v. DCC Realty, LLC et al<br>00889/22-LJ-NA | | New York Supreme Court<br>60 Centre Street<br>New York, NY 10007 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  Santander v. SVJ<br>01197/23-EK- | | New York Supreme Court<br>New York, NY 10007 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | SVJ Auto Collision Inc. | Case number *(if known)* | |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒  No. Go to Part 9.
☐  Yes. Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    SVJ Auto Collision Inc. _____    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Gilbert Rodriguez<br>63 Brewster Lane<br>Amityville, NY 11701 | | 2014 BMW M6 | $25,000.00 |

## Part 12: Details About Environment Information

Debtor    SVJ Auto Collision Inc.                                      Case number *(if known)*

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Weinstein, Galak & Co.<br>2571 E 17th St.<br>Brooklyn, NY 11235 | From Opening to<br>Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    SVJ Auto Collision Inc. _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Weinstein, Galak & Co.<br>2571 E 17th St.<br>Brooklyn, NY 11235 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No<br>
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Shalva Pickhadze | 152-10 Union Turnpike<br>Apt 4K<br>Flushing, NY 11367 | President | 100 |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No<br>
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No<br>
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No<br>
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No<br>
☐ Yes. Identify below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    SVJ Auto Collision Inc.                                    Case number *(if known)*

Name of the pension fund                                    Employer Identification number of the pension fund

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        December 19, 2023

/s/   Shalva Pichkhadze                                    Shalva Pichkhadze
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of New York

In re   SVJ Auto Collision Inc.

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Shalva Chuck Pichkhadze<br>152-10 Union Turnpike<br>Flushing, NY 11367 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   December 19, 2023

Signature   /s/ Shalva Pichkhadze

Shalva Pichkhadze

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2023 Best Case, LLC  - www.bestcase.com

Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re   SVJ Auto Collision Inc.

Debtor(s)

Case No. _____

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................................................ | $ | 0.00 |
| Prior to the filing of this statement I have received ...................................................... | $ | 0.00 |
| Balance Due .................................................................................................................. | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☒ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor     ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| December 19, 2023 | /s/ Leo Jacobs |
| *Date* | Leo Jacobs 5148887 |
| | *Signature of Attorney* |
| | Jacobs PC |
| | 595 Madison Avenue FL 39 |
| | New York, NY 10022 |
| | (718) 772-8704   Fax: (212) 937-3368 |
| | leo@jacobspc.com |
| | *Name of law firm* |

**United States Bankruptcy Court**
**Eastern District of New York**

In re   SVJ Auto Collision Inc.                          Case No. _____

                                 Debtor(s)         Chapter    11

# VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    December 19, 2023                /s/ Shalva Pichkhadze
                                        Shalva Pichkhadze/President
                                        Signer/Title

Date:    December 19, 2023                /s/ Leo Jacobs
                                        Signature of Attorney
                                        Leo Jacobs 5148887
                                        Jacobs PC
                                        595 Madison Avenue FL 39
                                        New York, NY 10022
                                        (718) 772-8704 Fax: (212) 937-3368

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

American Express Customer Service
P.O. Box 981535
El Paso, TX 79998


Corporation Counsel
150 East 42nd Street
New.York, NY 10017


DCC Lease


DCC Realty, LLC
230 Park Place #2N
Brooklyn, NY 11238


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Ira Pichkhadze
6538 Booth Street
Rego Park, NY 11734


Lorraine Christie
132 South Long Beach
Rockville Centre, NY 11570


New·York City Department of Tax and Fin
66 John St 2nd floor,
New York, NY 10038


New York City Water Board
59-17 Junction Blvd
Elmhurst, NY 11373


NY State Department of Tax & Finance
P.O. Box 5300
Albany, NY 12205


Office of the New York State
Attorney General  The Capitol
Albany, NY 12224


Santander Bank
c/o Law Offices Of Rudolph  J. Meola
1822 Western Avenue
Albany, NY 12203


Shalva Chuck Pichkhadze
152-10 Union Turnpike Apt 4K
Flushing, NY 11367


U.S. Attorney's Office - Eastern Distric
271 Cadman Plaza E
Brooklyn, NY 11201

Weinstein, Galak & Co.
2571 E 17th St.
Brooklyn, NY 11235

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  SVJ Auto Collision Inc.                          **CASE NO.:.** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒  NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐  THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1.  CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                          (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:  _____

2.  CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                          (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:  _____

3.  CASE NO.:_____    JUDGE:_____    DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):* _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.   Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

/s/ Leo Jacobs
_____          _____
Leo Jacobs 5148887
Signature of Debtor's Attorney                                  Signature of Pro Se Debtor/Petitioner
Jacobs PC
595 Madison Avenue FL 39
New York, NY 10022                                              _____
(718) 772-8704   Fax:(212) 937-3368
                                                                Signature of Pro Se Joint Debtor/Petitioner

                                                                _____

                                                                Mailing Address of Debtor/Petitioner

                                                                _____

                                                                City, State, Zip Code

                                                                _____
                                                                Area Code and Telephone Number
Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.   Dismissal of your petition may otherwise
result.